SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 11 2024
ARTHUR JOHNSTON
BY ______ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Northern ~~Southern~~ Division

Case No. 3:24cv206-DPJ-ASH
*(to be filled in by the Clerk's Office)*

Joshua Davis

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Pilot Company & Hinds County Sheriff Department

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua Davis |
| Address | 1750 Gibralter Drive |
| | Jackson (*City*) MS (*State*) 39204 (*Zip Code*) |
| County | Hinds |
| Telephone Number | 601-331-7619 |
| E-Mail Address | jdtransport@att.net |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Adam L. Wright |
| Job or Title *(if known)* | CEO of Pilot Company/Pilot Flying J |
| Address | 5508 Lonas Drive Building 2 |
| | Knoxville (*City*) TN (*State*) 37909 (*Zip Code*) |
| County | Knox County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Tyree D Jones |
| Job or Title *(if known)* | Sheriff |
| Address | 407 E Pascagoula Street |
| | Jackson (*City*) MS (*State*) 39205 (*Zip Code*) |
| County | Hinds County |
| Telephone Number | |

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Gina Franklin |
| Job or Title *(if known)* | Manager, Pilot Travel Center |
| Address | 2520 S Gallatin Street |
| | Jackson (*City*) MS (*State*) 39204 (*Zip Code*) |
| County | Hinds |
| Telephone Number | 601-968-9491 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City* *State* *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil harrassment and defamation of character

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pilot Travel Center
2520 S Gallatin Street
Jackson, MS 39204

B. What date and approximate time did the events giving rise to your claim(s) occur?

4/12/2023
At 7:45 p.m. until 12:05 a.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On April 12, 2023, I parked my long haul truck at Pilot Travel Center, Jackson, MS. I have frequented this location for over 20 years. I have parked in this particular spot many times. I parked my truck by 3 other trucks. I have never had an issue with security. On this particular night, I was approached by security and was demanded to move. I explained I was out of hours to drive, and could not move. The security guard (a member of the Hinds County Sheriff Department) continued to make demands that I move. I was called a "Nigger with an attitude" by the security guard. Then the shift leader and custodian came out demanding that I move my truck and becoming very verbally aggressive. He then contacted more officers of the Hinds County Sheriff Department. The security guard informed the sergeant that I could park beside the building. I moved my truck to the area he pointed to and the harassment and intimdation continued. The sergeant then stated that moving to that spot wasn't good enough, I should have moved when it was first demanded. My truck was then surrounded by 4 officers and they had spotlights from several patrol cars shining into my truck window. The sheriff deputy sergeant who was there demanded that I give him my ID and step out of the truck. He kept going back and forth to his patrol car.

This incident happened shortly after the shooting in Memphis, TN that involved police officers and I found myself fearing for my life. This type of unnecessary harassment appears to be more frequent as our country is becoming less and less accepting of others.

I contacted the Jackson Police Department to intervene around 9:24 p.m.. Once JPD spoke with the officers and then with me, JPD officer could not understand why things escalated. Once JPD left, all the sheriff vehicles left the lot. I was finishing up paperwork and saw the security guard and one of the patrol cars was back surrounding my truck once again around 12:05 a.m. I was afraid to go to sleep or get out of my truck until near day break. I watched as other trucks parked in the exact spot I had been harrassed about. I hate to think what would have happened if JPD had not intervened.

I have tried resolving this issue with Pilot Company/Pilot Flying J and have found no resolution. I also reached out to the Hinds County Sheriff and Board of Supervisors. Letters were sent via UPS to the Sheriff, Board of Supervisors and Pilot Company/Pilot Flying J.

I have gone through this particular Pilot's reviews and have found they were notified of the issues concerning the staff as well as security. Nothing has been done to date.

The law says if a property owner ignores any dangerous conditions on their premises or fails to take appropriate measures to prevent harassing and intimidating criminal activity (even by supposed law officers), they can be held accountable.

Pain and Suffering
I endured tremendous pain and mental anguish because I feared bodily harm or loss of life from the ugly and unnecessary way the officers verbally attacked me. As a Black man, recent dangerous encounters with law enforcement are evident that my fear was legitimate and reasonable. The security officials were using defamatory language and racial slurs (calling me "Nigger") as they insisted that I leave my truck. I am appalled that the security guard found it necessary to harass a hard-working truck driver for his personal amusement. I was persecuted for no legitimate reason that has caused me undue stress and mental anguish.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental anguish and stress

---

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am looking for punitive relief against the offending security personnel. and Pilot Company/Pilot Flying J in the amount of $100,000.

---

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-11-24

Signature of Plaintiff [signature]

Printed Name of Plaintiff Joshua Davis

**B. For Attorneys**

Date of signing: __________

Signature of Attorney __________

Printed Name of Attorney __________

Bar Number __________

Name of Law Firm __________

Address __________

*City* *State* *Zip Code*

Telephone Number __________

E-mail Address __________